UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HARLEM FURNITURE
and subrogated cargo insurer,

    Plaintiffs,

 - against -

M/V "EVER UNIFIC", her engines, tackle,
boilers, etc.; EVERGREEN MARINE
CORPORATION;

    Defendants.
------------------------------------------------------------x

08 Civ. 589 (GEL)
ECF CASE

**RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock: The subrogated insurer is National Liability & Fire Ins. Co.

Date: New York, New York
   January 23, 2008

        *s/David L. Mazaroli*
        _____
        David L. Mazaroli (DM 3929)
        Attorney for Plaintiffs
        11 Park Place - Suite 1214
        New York, New York 10007
        Tel.: (212)267-8480
        Fax.: (212)732-7352
        E-mail: dlm@mazarolilaw.com
        File No.: 7SMA-1529