DLM REF.: 7SMA-1529

```
                    MAZAROLI
                    FEB 4 2008
                    LAW OFFICE
```

## WAIVER OF SERVICE OF SUMMONS

TO: <u>David L. Mazaroli, Attorney for Plaintiff</u>

  I acknowledge receipt of your request that I waive service of a summons in the action of **HARLEM FURNITURE, et al.** v. **M/V "EVER UNIFIC"**, **et al.** which is case number **08 CIV. 589 (GEL)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

  I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

  I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **January 24, 2008**, or within 90 days after that date if the request was sent outside the United States.

        Evergreen Marine Corporation
        c/o Evergreen America Corporation
        One Evertrust Plaza
        Jersey City, New Jersey 07302

Feb. 01/2008
Date

Signed: [signature]
Name: William Liang as Authorization
Title: Manager
Company: Evergreen Shipping Agency (America) Corp
As Agent of Evergreen Marine Corporation