9098/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendant*
EVERGREEN MARINE CORP. (TAIWAN) LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEM FURNITURE<br>and subrogated cargo insurer,<br><br>                              Plaintiff,<br><br>- against -<br><br>M/V "EVER UNIFIC", her tackles, boilers,<br>engines, etc.; EVERGREEN MARINE<br>CORPORATION,<br><br>                              Defendants. | 08 CV 0589 (Judge Lynch)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for EVERGREEN MARINE CORPORATION (TAIWAN) LTD. (sued incorrectly as Evergreen Marine Corporation) certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: New York, New York
       April 10, 2008

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR, LLP
                                        61 Broadway, Suite 3000
                                        New York, New York 10006
                                        *Attorneys of Defendant*
                                        EVERGREEN MARINE CORP. (Taiwan) LTD.

                              By:       s/ Paul M. Keane
                                        Paul M. Keane (PMK-5934)