David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place  Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

-----------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

HARLEM FURNITURE
and subrogated cargo insurer,

        Plaintiffs,

- against -

M/V "EVER UNIFIC", her engines, tackle, boilers, etc.; EVERGREEN MARINE CORPORATION;

        Defendants.
-----------------------------------------------------------x

08 Civ. 589 (GEL)

**STIPULATION & ORDER
OF DISCONTINUANCE**

A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiffs' counsel.

Dated: New York, New York
      June 4, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

08 Civ. 589 (GEL)
Stipulation & Order
of Discontinuance
Page 2

                                    LAW OFFICES.
                                    DAVID L. MAZAROLI

                                    David L. Mazaroli (DM 3929)
                                    Attorney for Plaintiffs
                                    11 Park Place - Suite 1214
                                    New York, New York 10007
                                    Tel.: (212)267-8480
                                    Fax.: (212)732-7352
                                    E-mail: dlm@mazarolilaw.com
                                    File No.: 7SMA-1529

Ciehanowicz, Callan, Keane
Vengrow & Textor, LLP
Attorneys for Defendant
EVERGREEN MARINE CORPORATION

By: _____
     Paul M. Keane (PMK-5934)
     61 Broadway, Suite 3000
     New York, New York 10006
     Tel.: (212)344-7042